UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JASON ROBERT EGLAND,<br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | 3:23-cv-01079-HZ<br><br><br>ORDER |

It is hereby ORDERED that attorney fees in the amount of $587.08 and costs for filing fees in the amount of $402 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees and costs, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). Attorney costs are paid pursuant to 28 U.S.C. §1920.

If Plaintiff has no such debt, then the fees and costs shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney Kevin Kerr, and mailed to Plaintiff's attorney's office as follows: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293.  If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made payable to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

DATED this __27__ day of ____February____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　*Marco Hernandez*
　　　　　　　　　　　　　　　　　　　　　　　Marco A. Hernandez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Submitted by:

Kevin Kerr, OSB #080934
kevin.kerr@GetSSD.com
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff